UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | |
|---|---|
| DONNA GIACOMARO, on behalf of herself and others similarly situated,, | Case No. 2:17-cv-03923 |
| Plaintiff, | **NOTICE OF VOLUNTARY** |
| v. | **DISMISSAL PURSUANT TO** |
| | **F.R.C.P. 41(a)(1)(A)(i)** |
| UBER TECHNOLOGIES INC., | |
| Defendant. | |

-----------------------------------------------------------x

Pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Donna Giacomaro and her counsel hereby give notice that she voluntarily dismisses her claim against the Defendant Uber Technologies, Inc. with each side to bear its own fees and costs.

Dated: October 3, 2017

Edward B. Geller, Esq., P.C. by

*/s/ Edward B. Geller*

Edward B. Geller, Esq.

Attorney for Plaintiff