**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 10 2017 ★

LONG ISLAND OFFICE

-----------------------------------------------------------x

DONNA GIACOMARO, on behalf of herself and others similarly situated,,

        Plaintiff,

v.

UBER TECHNOLOGIES INC.,

        Defendant.

-----------------------------------------------------------x

Case No. 2:17-cv-03923

<u>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**</u>

Pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Donna Giacomaro and her counsel hereby give notice that she voluntarily dismisses her claim against the Defendant Uber Technologies, Inc. with prejudice, with each side to bear its own fees and costs.

Dated: October 6, 2017

        Edward B. Geller, Esq., P.C. by

        */s/ EBG*

        Edward B. Geller, Esq.

        Attorney for Plaintiff

SO ORDERED
/s/ Leonard D. Wexler, USDJ

USDJ.
Central Islip, NY
10/10/17